# Court of Appeals
# of the State of Georgia

ATLANTA,   July 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2039.  SHEA BELCHER v. THE STATE.**

In 2006, Shea Belcher pled guilty to armed robbery and simple kidnapping. Belcher's conviction was affirmed by this Court in an unpublished opinion. See *Belcher v. State*, Case No. A11A2138 (decided February 16, 2012). In October of 2012, Belcher filed a "Motion to Correct Void Sentence." The trial court denied the motion, and Belcher filed this direct appeal.

A direct appeal lies from the denial of a motion to correct a void sentence when the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). However, "[a] sentence is only void when the trial court imposes a punishment that the law does not allow." See *Coleman v. State*, 305 Ga. App. 680 (700 SE2d 668) (2010). Here, Belcher does not actually assert that his sentence was void; he argues that the indictment was invalid because he waived the right to a grand jury indictment. By pleading guilty, however, Belcher has "waived all defenses except that the indictment charged no crime." *Kemp v. Simpson*, 278 Ga. 439, 439-440 (603 SE2d 267) (2004). Under these circumstances, Belcher has not raised a valid void sentence claim. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/09/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*